IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA TULLIS, #280 307, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:12cv-896-WHA |
| | ) | |
| MR. WESSON, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #50), entered on November 10, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment (Doc. #21) is GRANTED.

2. This case is DISMISSED with prejudice

3. Judgment will be entered in favor of the Defendant and against the Plaintiff.

.

DONE this 2nd day of December, 2015.


/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE